# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Laura Divane, et al. v. Northwestern University, et al.

Case Number: 1:16-cv-8157

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Jerome J. Schlichter

Firm: Schlichter Bogard & Denton, LLP

Street address: 100 S. 4th Street, Ste. 1200

City/State/Zip: St. Louis, MO 63102

Bar ID Number: 2488116
(See item 3 in instructions)

Telephone Number: 314-621-6115

Email Address: jschlichter@uselaws.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/17/2016

Attorney signature: S/ Jerome J. Schlichter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015