# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Divane, et al. v. Northwestern University, et al.

Case Number: 16-cv-8157

An appearance is hereby filed by the undersigned as attorney for:

Defendants. See attached list for parties represented.

Attorney name (type or print): Craig C. Martin

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, Illinois 60654-3456

Bar ID Number: 6201581
(See item 3 in instructions)

Telephone Number: (312) 923-2776

Email Address: CMartin@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 9, 2016

Attorney signature: S/ Craig C. Martin

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**ATTACHMENT**

An appearance is hereby filed by Craig C. Martin as attorney for:

**Defendant**

NORTHWESTERN UNIVERSITY

**Defendant**

NORTHWESTERN UNIVERSITY RETIREMENT INVESTMENT COMMITTEE

**Defendant**

PAMELA S. BEEMER, incorrectly sued as PAMELA S. BREENER

**Defendant**

RONALD R. BRAEUTIGAM

**Defendant**

KATHLEEN HAGERTY

**Defendant**

CRAIG A. JOHNSON

**Defendant**

CANDY LEE

**Defendant**

WILLIAM H. McLEAN

**Defendant**

INGRID S. STAFFORD