# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Divane et al.,

Plaintiff(s),

v.

Northwestern University et al. ,

Defendant(s).

Case No. 16 C 8157

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Northwestern University, Northwestern University Retirement Investment Committee, Pamela S Beemer, Ronald R. Braeutigam, Kathleen Hagerty, Craig A. Johnson, Candy Lee, William H. McLean, Ingrid S. Stafford, Nimalan Chinniah, Eugene S. Sunshine
and against plaintiff(s) Laura L. Divane, April Hughes, Susan Bona, Katherine D. Lancaster, Jasmine Walker.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on a motion to dimiss.

Date: 5/25/2018            Thomas G. Bruton, Clerk of Court

                           Nicole Fratto , Deputy Clerk