IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA L. DIVANE et al., | |
| Plaintiffs, | No. 16-cv-8157 |
| v. | JUDGE JORGE L. ALONSO |
| NORTHWESTERN UNIVERSITY et al., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is given that Plaintiffs Laura L. Divane, April Hughes, Katherine D. Lancaster, and Jasmine Walker hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following judgment and orders:

(1) Judgment in a Civil Case [Doc. 163], entered May 25, 2018;

(2) Memorandum Opinion and Order [Doc. 162], entered May 25, 2018, granting Defendants' motion to dismiss Plaintiffs' amended complaint, and denying Plaintiffs' motion for leave to file a second-amended complaint;

(3) Order [Doc. 173], entered June 27, 2018, denying Plaintiffs' motions to alter or amend judgment and for leave to file a second-amended complaint; and

(4) Memorandum Opinion and Order [Doc. 138], entered April 25, 2018, granting Defendants' motion to strike jury demand.

| | |
|---|---|
| July 18, 2018 | SCHLICHTER BOGARD & DENTON LLP |
| | |
| | /s/ Jerome J. Schlichter |
| | Jerome J. Schlichter |
| | Michael A. Wolff |
| | Andrew D. Schlichter |
| | Sean E. Soyars |
| | 100 South Fourth Street, Suite 1200 |
| | St. Louis, Missouri 63102 |
| | Telephone: (314) 621-6115 |
| | Facsimile: (314) 621-5934 |
| | jschlichter@uselaws.com |
| | mwolff@uselaws.com |
| | aschlichter@uselaws.com |
| | ssoyars@uselaws.com |

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

/s/ Jerome J. Schlichter
Jerome J. Schlichter