# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

March 25, 2020

Before:  WILLIAM J. BAUER, Circuit Judge
DANIEL A. MANION, Circuit Judge
MICHAEL B. BRENNAN, Circuit Judge

| No. 18-2569 | LAURA L. DIVANE, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>NORTHWESTERN UNIVERSITY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08157<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

For the reasons above, we **AFFIRM**, with costs, the district court's dismissal of plaintiffs' amended complaint on all counts and **AFFIRM** the decision to deny plaintiffs' request for leave to further amend the complaint and for a jury trial.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)