# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RECORD FOR CERTIORARI TRANSMITTAL FORM

September 27, 2021

TO: Clerk of Court
     Supreme Court of the United States
     1 First Street N.E.
     Washington, DC   20543

| | |
|---|---|
| No. 18-2569 | LAURA L. DIVANE, et al.,<br><br>                    Plaintiffs - Appellants<br><br>v.<br><br>NORTHWESTERN UNIVERSITY, et al.,<br><br>               Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08157<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Pursuant to a request from the Supreme Court of the United States dated September 27, 2021, Supreme Court Case Number: 19-1401, I, Christopher G. Conway, Clerk of Court of the United States Court of Appeals for the Seventh Circuit, do hereby certify that the foregoing contains a true copy of the appellate record.

The following documents, as reflected on this court's public docket sheet, are electronically available through PACER:

       See document nos. 22, 23, 31, 38, 39, 43, 45, 47, 48, 55, 56, 61 & 65.

The following document, as reflected on this court's public docket sheet is not electronically available through PACER and is transmitted herewith:

       1 sealed appendix (document no. 33)

Appeal No. 18-2569                                                              Page 2


This Court, by copy of this document, requests the District Court to certify and transmit immediately the entire record (including transcripts) not available on PACER. See the included letter from the Supreme Court for further instructions.

IN TESTIMONY WHEREOF



I hereunto subscribe my name and affix the seal of said United States Court of Appeals for the Seventh Circuit, this 27th day of September, 2021.


s/ Christine Duff-Hudkins
Deputy Clerk, United States Court of Appeals for the Seventh Circuit


**cc:** Thomas G. Bruton, Clerk


form name: **c7_Cert_Roa_Trans**     (form ID: **181**)