# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

March 23, 2023

*Before:*

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 18-2569 | LAURA L. DIVANE, et al.,<br>    Plaintiffs - Appellants<br>v.<br>NORTHWESTERN UNIVERSITY, et al.,<br>    Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08157<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

ON REMAND FROM THE UNITED STATES SUPREME COURT

We REVERSE the district court's dismissal of the excessive recordingkeeping fees claim in Count III and the share-class claim in Count V of the First Amended Complaint, and REMAND for further proceedings. For all other claims and issues, we reinstate this court's judgment in *Divane*, 953 F.3d 980, and we AFFIRM the district court's dismissal of Plaintiffs' First Amended Complaint on all other counts and AFFIRM the denial of Plaintiffs' requests for leave to further amend the complaint and for a jury trial.

The above is in accordance with the decision of this court entered on this date. Each side shall bear their own costs.

*/s/ Christopher Conway*

Clerk of Court