# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laura L. Divane, et al.

                              Plaintiff,

v.                                                                       Case No.: 1:16–cv–08157
                                                                           Honorable Jorge L. Alonso

Northwestern University, et al.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeannice W. Appenteng for the purpose of holding proceedings related to: discovery supervision; settlement conference; including motions [206], [215] and [224]. (lf, )Notice mailed by Judge's staff.

Dated: November 27, 2023

                                                                               /s/ Jorge L. Alonso

                                                                 United States District Judge