UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Laura L. Divane, et al.

                                  Plaintiff,

v.                                                                     Case No.: 1:16–cv–08157
                                                                     Honorable Jorge L. Alonso

Northwestern University, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

       MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred to Judge Appenteng for the purpose of holding proceedings related to: (1) discovery supervision, including Plaintiffs' Motion to Compel Supplemental Document Production and to Extend Discovery Deadlines [206], Defendant Northwestern University's Motion to Seal Exhibit 12 [215], and Plaintiffs' Motion for Leave to File Exhibits 14–20 of Their Reply Provisionally Under Seal [224]; and (2) settlement conference. All pretrial deadlines have been stayed and will be reset after Defendants complete their agreed–to supplemental document production and any document production that may be ordered pursuant to Plaintiffs' motion to compel [219]. Plaintiffs' motion to compel [206] is taken under advisement. Defendant Northwestern University's motion to seal [215] is granted for the reasons stated therein. Plaintiffs' motion to provisionally seal Exhibits 14–20 [224] is granted, and Exhibits 14–20 shall remain provisionally sealed until 12/5/2023 to allow Plaintiffs to file their anticipated motion to seal and supporting brief. The parties are advised that they may contact this Court's courtroom deputy if at any point they are mutually interested in scheduling a settlement conference with the Court. Tracking status hearing set for 1/26/2024 at 9:00 AM, for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.