# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laura L. Divane, et al.

                               Plaintiff,

v.                                                                                   Case No.: 1:16–cv–08157
                                                                                    Honorable Jorge L. Alonso

Northwestern University, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

       MINUTE entry before the Honorable Jeannice W. Appenteng: For the reasons stated in the accompanying order, plaintiff's motion to compel [206] is granted. Northwestern shall begin its supplementation immediately and the deadline for completion is 9/6/2024. Fact discovery shall close on 11/5/2024. Plaintiffs' Rule 26(a)(2) expert reports shall be disclosed by 12/5/2024. Defendants' Rule 26(a)(2) expert reports shall be disclosed by 1/10/2025. Rebuttal expert reports shall be disclosed by 2/10/2025. Expert discovery shall be complete by 3/13/2025. By 9/13/2024, the parties shall file a joint status report confirming defendants' compliance with this order, setting forth what discovery remains, if any, and whether any disputes require the Court's attention. Enter Order. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.