# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Laura L. Divane, et al.

                                              Plaintiff,

v.                                                                                  Case No.: 1:16−cv−08157
                                                                                      Honorable Jorge L. Alonso

Northwestern University, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2025:

       MINUTE entry before the Honorable Jeannice W. Appenteng: Plaintiff's unopposed motion for extension of time [271] is granted for the reasons therein. Accordingly, plaintiffs' expert reports shall be disclosed by 7/11/2025; defendants' expert reports shall be disclosed by 8/22/2025; rebuttal reports shall be disclosed by 9/29/2025; and expert discovery shall close on 12/5/2025. The 5/30/2025 joint status report deadline is stricken and reset to 6/30/2025. Mailed notice(kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.